UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

United States of America

    -v-

DOCKET #:07-cr-866 (JSR)

Perez, et al.
(Carmen Patron),

          Defendant.

----------------------------------------------------------------X

### NOTICE OF CHANGE OF ADDRESS

To: Attorney Admissions Clerk and All Other Parties

    Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change for Stephanie Carvlin.

    I am admitted to practice law in the United States District Court for the Southern District of New York. My bar number is 9161-sc.

    As of October 15, 2006, my new address will be: 111 Broadway, Suite 701, New York, New York  10006.

    My new fax number will be: 212-374-1506.

    My telephone (212-748-1636) and e-mail (carvlin@hotmail.com) will remain the same.

Dated: September 21, 2007

_____
Stephanie M. Carvlin