UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

              v.                                   :          Indictment No.
                                                               07 Crim. 866 (JSR)

                                              :

ANGEL PEREZ,
CARMEN PATRON, and                           :          NOTICE OF MOTION
MANUEL CONCEPCION,
    a/k/a/ "Santiago Figueroa,"               :

              Defendants.                :

-------------------------------------------------------------------x

S I R S:

      PLEASE TAKE NOTICE that upon the annexed affidavits of STEPHANIE

M. CARVLIN, Esq., and CARMEN PATRON, the accompanying memorandum of

law and all prior proceedings had herein, the undersigned counsel will move this

Court, the Honorable Jed S. Rakoff, at the United States Courthouse, 500 Pearl

Street, New York, New York 10007, at a date and time convenient to the Court,

for the following relief: 1) an order suppressing physical evidence seized from

Ms. Patron's residence by agents of the Drug Enforcement Administration and

the Stratford, Connecticut Police Department on or about August 30, 2007, and

2) an ordering granting Mr. Patron any relief granted to her co-defendants that is

relevant and beneficial to her.

      This motion is made pursuant to Rule 12(b)(3) of the Federal Rules of

Criminal Procedure. The ground for seeking suppression of the evidence is that it

was obtained in violation of Ms. Patron's right under the Fourth Amendment to

the United States Constitution to be free from unreasonable searches and seizures.

Dated:      New York, New York
            October 30, 2007

                                        _____
                                        STEPHANIE M. CARVLIN, Esq.
                                        Attorney for Defendant
                                        Carmen Patron
                                        111 Broadway, Suite 701
                                        New York, New York   10006
                                        (212) 748-1636

TO: CLERK OF THE COURT
    United States District Court
    Southern District of New York
    500 Pearl Street
    New York, New York   10007

    HON. JED S. RAKOFF
    United States Courthouse
    Southern District of New York
    40 Foley Square
    New York, New York, 10007

    MARISSA MOLÉ, Esq.
    Assistant United States Attorney
    Office of the United States Attorney
    Southern District of New York
    One St. Andrew's Plaza
    New York, New York   10007