UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA,                :

        v.                              :    Indictment No.
                                                       07 Crim. 866 (JSR)
                                                   :

ANGEL PEREZ,
CARMEN PATRON, and                        :    **AFFIDAVIT**
MANUEL CONCEPCION,
   a/k/a/ "Santiago Figueroa,"          :

        Defendants.                     :

------------------------------------------------------------------x

STATE OF NEW YORK     )
                             )   ss.:
COUNTY OF NEW YORK   )

      CARMEN PATRON, being duly sworn, deposes and states the following under penalty of false statement:

      1.    I am one of the defendants in the above-captioned case.

      2.    I am a tenant at 259 Jackson Avenue in Stratford, Connecticut, and I reside at that location.

      3.    I am the leaseholder for 259 Jackson Avenue, and I pay the rent for the residence through Stratford Section 8.

      4.    I have lived at 259 Jackson Avenue for the past two years.

      5.    I did not give any agents of law enforcement (Stratford Police Department, Drug Enforcement Administration, etc.) permission to search my residence.


_Carmen Patron_
Carmen Patron

Sworn to before me this
30th day of October, 2007

_Allan P. Haber_
Notary Public

ALLAN P. HABER
Notary Public, State of New York
No. 314843505
Qualified in New York County
Commission Expires December 31, 2009

2