LAW OFFICE OF STEPHANIE CARVLIN
111 BROADWAY, SUITE 701
NEW YORK, NEW YORK  10006

BRYAN HA

OF COUNSEL
ALLAN P. HABER
GEORGES G. LEDERMAN

212-748-1636
212-374-1506
CARVLIN@HOTMAIL.COM

December 21, 2007

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10006

    Re: United States v. Perez, et al.
       07-cr-866 (JSR)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-2-08
```

Dear Judge Rakoff:

    I am counsel to Carmen Patron, one of the defendants in the above-captioned case. On October 30, 2007, I filed a motion to suppress physical evidence on Ms. Patron's behalf. After consultation with Ms. Patron, I write to seek permission to withdraw that motion.

Respectfully submitted,

/s/ Stephanie M. Carvlin
Stephanie M. Carvlin

cc: AUSA Marissa Molé

→ SO ORDERED. Clerk to close document number 15 on the docket.

/s/ Jed S. Rakoff
USDJ
12-27-07